| AO 10 Rev. 1/2007 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2006** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) KOLLAR-KOTELLY, COLLEEN | 2. Court or Organization United States District Court | 3. Date of Report 05/10/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) District Judge - Active | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final  5b. ☐ Amended Report | 6. Reporting Period 01/01/2006 to 12/31/2006 |
| 7. Chambers or Office Address U.S. District Court 333 Constitution Avenue, NW Washington, D.C. 20001 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

> ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Robert Shuker Scholarship Memorial Fund |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2006 | D.C. Superior Court Retirement Plan |
| 2. | |
| 3. | |

RECEIVED 2007 MAY 16 A 11:05 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| KOLLAR-KOTELLY, COLLEEN | 05/10/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2006 | D.C. Superior Court Retirement Fund | $ 103,690 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | Self-Employed (Lawyer) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☒ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| KOLLAR-KOTELLY, COLLEEN | 05/10/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[ ]  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Chase Bank | Credit Card | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KOLLAR-KOTELLY, COLLEEN | 05/10/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property, Rehoboth Beach, DE | D | Rent | M | W | | | | | |
| 2. PNC National Bank | | None | J | T | | | | | |
| 3. Bank of America | A | Interest | J | T | | | | | |
| 4. Fidelity Investments Mortgage Securities Fund (IRA) | B | Dividend | K | T | | | | | |
| 5. Fidelity Investments Mortgage Securities Fund (IRA) | A | Dividend | | | Sale | 7/3 | K | E | |
| 6. Dickstein, Shapiro, Morin & Oshinsky Capital Account | | None | | | Redeem | 5/3 | M | | |
| 7. Capital Realty Investors II L.P. | B | Dividend | J | U | | | | | |
| 8. Ardsley/Park Hoover Limited Partnership | | None | K | U | | | | | |
| 9. Ardsley/Cumberland Associates Limited Partnership | | None | J | U | | | | | |
| 10. Ardsley/Arlington Associates Limited Partnership | | None | K | U | | | | | |
| 11. DSM Poseidon L.L.C. | | None | J | U | | | | | |
| 12. Bank of New York Com. Stock | A | Dividend | K | T | | | | | |
| 13. Capital One Fin. Com. St. | A | Dividend | K | T | | | | | |
| 14. General Electric Com. St. | B | Dividend | K | T | | | | | |
| 15. Money Store Notes | B | Interest | K | T | | | | | |
| 16. Schwab Money Market Fund | D | Dividend | K | T | | | | | |
| 17. USX Marathon Group Notes | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KOLLAR-KOTELLY, COLLEEN | 05/10/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Bethlehem Steel Notes | A | Interest | | | Default | 6/19 | | | |
| 19. HMH Properties Notes | A | Interest | | | Redeem | 05/15 | J | | |
| 20. DR Horton Notes | B | Interest | K | T | | | | | |
| 21. Sterling One Industrial LLC | D | Dividend | K | U | | | | | |
| 22. Burlington Resources Com. St. Merged into Conocophillips* | A | Dividend | | | Merged | 04/03 | | | |
| 23. Pfizer Com. St. | B | Dividend | K | T | Buy | 2/15 | J | | |
| 24. Pfizer Com. St. | B | Dividend | K | T | Buy | 7/26 | J | | |
| 25. Allied Capital Com. St. | A | Dividend | K | T | Buy | 06/14 | K | | |
| 26. American Electric Power Notes | A | Interest | | | Redeem | 05/15 | K | | |
| 27. National Rural Utilities Notes | B | Interest | K | T | | | | | |
| 28. International Lease Financial Co. Notes | B | Interest | K | T | | | | | |
| 29. Royal Caribbean Notes | B | Interest | K | T | | | | | |
| 30. Federal Home Loan Bank Bonds | C | Interest | M | T | Buy | 11/03 | K | | |
| 31. Federal Farm Credit Bank Bonds | B | Interest | K | T | | | | | |
| 32. EMC Corp. Com. St. | | None | K | T | | | | | |
| 33. Freeport McMoran Copper & Gold, Inc. Com. St. | B | Dividend | | | Partial Sale | 06/14 | J | B | |
| 34. Freeport McMoran Copper & Gold, Inc. | B | Dividend | | | Sale | 08/30 | K | C | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q=Appraisal U=Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| KOLLAR-KOTELLY, COLLEEN | 05/10/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| Com. St. | | | | | | | | | |
| 35. MCG Capital Corp. Com. St. | B | Dividend | K | T | | | | | |
| 36. Anheuser Busch Co. Inc. Com. St. | A | Dividend | K | T | | | | | |
| 37. Boston Scientific Corp. Com. St. | | None | | | Buy | 07/26 | J | | |
| 38. Boston Scientific Corp. Com. St. | | None | | | Sale | 10/03 | J | | |
| 39. Nokia Corp. ADR Com. St. | A | Dividend | | | Partial Sale | 05/04 | J | B | |
| 40. Nokia Corp. ADR Com. St. | A | Dividend | | | Sale | 12/04 | K | C | |
| 41. Tempur Pedic Intl. Com. St. | | None | | | Sale | 10/06 | K | B | |
| 42. Home Depot Inc. Com. St. | A | Dividend | K | T | | | | | |
| 43. Apache Corp. Com. St. | A | Dividend | K | T | | | | | |
| 44. Consolidated Edison Com. St. | B | Dividend | K | T | | | | | |
| 45. Affiliated Computer Com. St. | | None | | | Sale | 01/27 | K | C | |
| 46. Streettracks Gold Trust Com. St. | | None | K | T | | | | | |
| 47. Diageo CAP PLC - Notes | A | Interest | | | Redeem | 03/15 | K | | |
| 48. Citigroup Inc. Notes | B | Interest | K | T | | | | | |
| 49. U.S. Treasury Notes | D | Interest | M | T | Buy | 02/06 | K | | |
| 50. U.S. Treasury Notes | D | Interest | M | T | Buy | 05/11 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KOLLAR-KOTELLY, COLLEEN | 05/10/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | D. (2) Date Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 51. Florida Community Bank Certificate of Deposit | B | Interest | | | Matured | 09/13 | K | | |
| 52. First Bank PR Certificate of Deposit | B | Interest | | | Matured | 09/14 | K | | |
| 53. Watts Water Tech Com. St. | A | Dividend | | | Sale | 05/12 | K | B | |
| 54. Commercial Metals Com. St. | A | Dividend | | | Sale | 01/11 | K | C | |
| 55. Amgen Inc. Com. St. | | None | K | T | Buy | 07/06 | J | | |
| 56. Amgen Inc. Com. St. | | None | K | T | Buy | 07/26 | J | | |
| 57. Eaton Corp. Com. St. | A | Dividend | | | Sale | 06/08 | K | C | |
| 58. Pioneer Natural Resource Com. St. | A | Dividend | K | T | Buy | 01/11 | J | | |
| 59. Pioneer Natural Resource Com. St. | A | Dividend | K | T | Buy | 03/27 | J | | |
| 60. Dover Corp. Com. St. | A | Dividend | | | Sale | 05/22 | K | C | |
| 61. U.S. Bankcorp Com. St. | B | Dividend | K | T | | | | | |
| 62. Cameco Com. St. | A | Dividend | K | T | Buy | 05/08 | K | | |
| 63. Cameco Com. St. | A | Dividend | K | T | Buy | 07/06 | K | | |
| 64. Countrywide Bank Notes | B | Interest | K | T | Buy | 06/21 | K | | |
| 65. Bank of Oklahoma Notes | | None | K | T | Buy | 08/16 | K | | |
| 66. Capital One Fin. Notes | | None | K | T | Buy | 10/02 | K | | |
| 67. American Int'l. Group Com. St. | A | Dividend | K | T | Buy | 10/03 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| KOLLAR-KOTELLY, COLLEEN | 05/10/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. American Int'l. Group Com. St. | A | Dividend | K | T | Buy | 10/06 | J | | |
| 69. Motorola Com. St. | | None | K | T | Buy | 10/03 | K | | |
| 70. Wisdomtree Int'l. | A | Dividend | K | T | Buy | 12/15 | K | | |
| 71. Capmark Bank Notes | | None | K | T | Buy | 12/22 | K | | |
| 72. Ingersoll Rand Com. St. | A | Dividend | K | T | Buy | 02/24 | K | | |
| 73. Ingersoll Rand Com. St. | A | Dividend | K | T | Buy | 05/31 | J | | |
| 74. Concophillips | A | Dividend | K | T | Merger | 04/03 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KOLLAR-KOTELLY, COLLEEN | 05/10/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| KOLLAR-KOTELLY, COLLEEN | 05/10/2007 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____    Date _May 11, 2007_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544